**Opinion issued October 30, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00821-CV

————————————

## IN RE SHERI BERNSTEIN, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

On October 8, 2014, relator, Sheri Bernstein, filed a petition for writ of mandamus. On October 23, 2014, relator filed a Motion to Dismiss the petition, accompanied by a letter indicating the parties attended a mediation in which they agreed this petition should be dismissed.

Accordingly, we grant the motion and dismiss the petition for writ of mandamus. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Massengale, Brown, and Huddle